UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Kimberly Gale Malchow,<br><br>    Debtor.<br><br>---<br>HLS of Nevada, LLC dba Nevada West Financial,<br><br>    Movant,<br><br>v.<br><br>Kimberly Gale Malchow; Edward J. Maney, Chapter 13 Trustee,<br><br>    Respondents. | Case Number: 2:19-bk-00608-BKM<br><br>(Chapter 13)<br><br>ORDER GRANTING<br>MOTION FOR RELIEF FROM STAY<br>REGARDING 2012 NISSAN ALTIMA<br>VIN 1N4AL2AP4CN579770<br><br>[Related to Docket Number 26] |

    HLS of Nevada, LLC dba Nevada West Financial (the "Movant"), a secured creditor and party-in-interest, having filed a Motion for Relief from the Automatic Stay Regarding 2012 Nissan Altima VIN 1N4AL2AP4CN579770 (the "Motion"); the attorney of record for Movant, Jeremy M. Goodman, having filed a Certificate of Service and of No Objections to the Motion; and good cause appearing therefore,

1

The Court hereby finds that:

1. Movant alleges that it has a properly-perfected and first-priority lien and security interest on 2012 Nissan Altima, Vehicle Identification Number 1N4AL2AP4CN579770 (the "Property") owned by Kimberly Gale Malchow (the "Debtor").

2. Movant alleges that the Debtor is in default on the obligations to Movant for which the Property is security and there is no equity in the Property for the Debtor or the bankruptcy estate.

3. Movant alleges that its interests in the Property are not adequately protected.

Based on the foregoing, it is ordered that:

1. The automatic stay of 11 U.S.C. § 362(a) is terminated as to Movant, the Debtor, the Debtor's bankruptcy estate, and the Property.

2. Movant may immediately exercise all of its rights and remedies relating to the Property including, without limitation, foreclosing its properly perfected lien.

3. ~~Cause exists to waive the fourteen-day stay under Rule 4001(a)(3), Fed. R. Bankr. P. Therefore, no further kind of stay or injunction shall exist upon entry of this Order.~~

4. This Order is without prejudice to any additional rights Movant may have under Title 11 of the United States Code.

                              ORDERED ACCORDINGLY,
                              (Signed and dated above)

(BKM)