ORDERED ACCORDINGLY.

Dated: March 18, 2019

_____
**Brenda K. Martin, Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Kimberly Gale Malchow<br><br>Debtor.<br>_____<br>U.S. Bank National Association<br><br>Movant,<br>vs.<br><br>Kimberly Gale Malchow, Debtor, Edward J. Maney, Trustee.<br><br>Respondents. | Chapter 13<br><br>No. 2:19-bk-00608-BKM<br><br>ORDER RE: EXPARTE APPLICATION FOR AN ORDER PURSUANT TO 362(c)(3)(A)<br><br>(Related to Docket #29) |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings has expired for all purposes as to Secured Creditor U.S. Bank National Association, its assignees and/or successors in interest, of the subject property, generally described as 4308 E. Stanford Ave, Gilbert, AZ 85234, and legally described as follows:

> Lot 438, AMENDED PLAT OF TOWNE MEADOWS, according to the plat of record in the office of the County Recorder of Maricopa County, Arizona, in Book 320 of Maps, Page 6, and Certificate of Correction recorded in Document No. 88-272222.

IT IS SO ORDERED.

**SIGNED AND DATED ABOVE.**