Edward J. Maney, Trustee
101 N. 1st Avenue, Suite 1775
Phoenix, AZ 85003
Telephone (602) 277-3776
Fax No. (602) 277-4103
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In Re: | In Proceedings Under Chapter 13 |
|---|---|
| KIMBERLY GALE MALCHOW | Case No. 2:19-00608-BKM |
| Debtor(s) | TRUSTEE'S MOTION TO DISMISS |

COMES NOW Edward J. Maney, Trustee in the above-captioned Chapter 13 Proceeding and states that the debtor(s) is/are in default under the terms of their Chapter 13 Plan. Plan payments are 2 (Conduit Case) months delinquent and no showing has been made of any just cause for the default.

Total delinquency as of this date: $5,735.40

The next scheduled payment is due: June 21, 2019

**Debtors is required to pay no less than $8,603.10 by June 30, 2019 to avoid dismissal of this case.**

The Trustee will lodge an order dismissing this case if the debtor(s) fail to meet one of the following requirements:

1. All Plan payments must be current by June 30, 2019.
2. The debtor(s) file a Notice of Conversion to a Chapter 7 with the Court and serve a copy on the Trustee.
3. The debtor(s) file an Amended or Modified Plan including a Moratorium of Plan Payments with the Court and serve a copy on the Trustee.

Dated: See Electronic Signature

| | |
|---|---|
| 1 | EDWARD J. MANEY |
| 2 | CHAPTER 13 TRUSTEE |
| 3 | By: _____ Edward J. Maney, Esq. Digitally signed by Edward J. Maney, Esq. Date: 2019.05.30 15:05:50 -07'00' |
| 4 | Edward J. Maney ABN 12256 |
|   | Chapter 13 Trustee |
| 5 | 101 North First Avenue, Suite 1775 |
|   | Phoenix, AZ 85003 |
| 6 | (602) 277-3776 |
|   | ejm@maney13trustee.com |

CERTIFICATE OF MAILING FOR CASE NO. 2:19-00608-BKM

Copies of the foregoing mailed (see electronic signature below) to the following:

Attorney for Debtor (s):
Pro-se Case
Phoenix, AZ 85067-

Debtor (s):
KIMBERLY GALE MALCHOW
4308 E STANFORD AVE
GILBERT, AZ. 85234

,

By: *Cassandra Marino* — Digitally signed by Cassandra Marino Date: 2019.05.31 08:08:20 -07'00'
Trustee's Clerk